UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPHY MUSIC, INC., | Case No. 1:23-cv-00700-JLT-HBK |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO ACCEPT UNITENTIONALLY DEALYED RESPONSE TO THIRD-PARTY COMPLAINT |
| v. | |
| FEDRICO CRUZ, an individual and dba CRUZ PROMOTIONS; JOSE LUIS POSADAS ROMANO, LUIS EDUARADO ROA HERNANDEZ, JORGE ESPITIA HERNANDEZ, ALONSO ESTRADA, and VICTOR CHAGOYA, all individuals, | (Doc. No. 54) |
| Defendants | |
| ------------------------------------------------ AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | |

Pending before this Court is Plaintiff HYPHY MUSIC INC.s Motion for Leave to Accept Unintentionally Delayed Response to Third-Party Complaint filed May 10, 2023. (Doc. No. 54, "Motion"). Plaintiff concurrently filed with the Motion its Response to the Third-Party Complaint—a Motion to Dismiss Third-Party Plaintiff Julian Tapia Sena DBA Digital Musica World's Third-Party Complaint. (Doc. No. 55, "MTD"). Pursuant to Fed. R. Civ. P. 6(b)(1)(B), Plaintiff seeks permission to file his accompanied MTD due to counsel's inadvertent neglect in calendaring the response date. (Doc. No. 54 at 2). In response, Defendants and Counterclaimants

1  FEDERICO CRUZ dba CRUZ PROMOTIONS, JOSE LUIS POSADAS ROMANO, LUIS

2  EDUARDO ROA HERNANDEZ, JORGE ESPITIA HERNANDEZ, ALONSO ESTRADA,

3  VICTOR CHAGOYA and Third-Party Plaintiff JULIAN TAPIA SENA (collectively,

4  "Defendants") filed a non-opposition. (Doc. No. 58). Defendants state that Plaintiff need not

5  have filed the instant Motion and MTD because, had Plaintiff met and conferred with Defendants,

6  they would have stipulated and continued Plaintiff's deadline to respond. (*Id*. at 2).

7  Consequently, although Defendants have no opposition, they request that the Court "admonish

8  Plaintiff for its rush to judgment increasing the litigation, and for its failure to meet and confer

9  with the goal of avoiding unnecessary motions practice." (*Id*. at 4:16-18).

10  Finding no opposition and a showing of good cause and excusable neglect by Plaintiff, the

11  Court grants Plaintiff's Motion. Fed. R. Civ. P. 6(b)(1)(B). The Court now turns to Defendant's

12  request that the Court admonish Plaintiff for its Motion.

13  This case was transferred to Court on May 5, 2023. (Doc. No. 51). Prior transfer, the

14  transferor court had already granted the parties' first stipulation of time extending Plaintiff's

15  response to the Third-Party Complaint until May 3. 2023. (Doc. No. 45). After transfer, Plaintiff

16  promptly filed the instant Motion. Notably, at the time Plaintiff filed the Motion, the case was set

17  before the Honorable Barbara A. McAuliffe because it had not yet been determined that this case

18  was related to Case No. 1:21-cv-216-JLT-HBK. *See* Order Relating Cases and Reassigning

19  District Judge and Magistrate Judge, which was issued on May 12, 2023 (Doc. No. 56). Further,

20  District Judge Thurston's Standing Order that admittedly mandates a meet and confer

21  requirement prior to filing any motion, was not entered until May 15, 2023, <u>after</u> Plaintiff filed

22  the instant Motion. (Doc. No. 57). Finally, this Court's Local Rule 144(a) permits the parties

23  only to stipulate to one twenty-eight (28) day extension to respond to a complaint, after which

24  court approval is required. Here, the parties had already been afforded a stipulated extension of

25  time by the transferor court. Thus, the Court finds no basis to "admonish" Plaintiff for exercising

26  diligence.

27  ACCORDINGLY, it is hereby ORDERED:

28  Plaintiff's Motion for Leave to Accept Unintentionally Delayed Response to Third-Party

Complaint (Doc. No. 54) is GRANTED and Plaintiff's Motion to Dismiss Third-Party Plaintiff Julian Tapia Sena DBA Digital Musica World's Third-Party Complaint. (Doc. No. 55) shall be deemed timely filed.

Dated:    January 18, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE