UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPHY MUSIC, INC. , | Case No.  1:23-cv-00700-JLT-HBK |
| Plaintiff, | ORDER REFERRING CASE TO VDRP, GRANTING EXTENSIONS TO NON-EXPERT DISCOVERY DEADLINES, AND STAYING CERTAIN DEADLINES |
| v. | |
| FEDRICO CRUZ, an individual and dba CRUZ PROMOTIONS; JOSE LUIS POSADAS ROMANO, LUIS EDUARADO ROA HERNANDEZ, JORGE ESPITIA HERNANDEZ, ALONSO ESTRADA, and VICTOR CHAGOYA, all individuals, | (Doc. 82) |
| Defendants | |
| ------------------------------------------------ AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | |

On May 13, 2026, the Court held informal discovery dispute conferences.  (Docs. 81, 83). During the conference, counsel requested extensions to the non-expert discovery deadlines but also expressed a desire to participate in the Court's Voluntary Dispute Resolution Program ("VDRP") set forth in E.D. Cal. Local Rule 271.  The Court finds this case will benefit from participation in VDRP.

Accordingly, IT IS ORDERED:

1. The Court GRANTS the parties' stipulation to extend non-expert discovery (Doc. 82) as follows:  the deadline to complete non-expert discovery is extended from the May 14, 2026 to June 19, 2026 for: (1) responses and supplemental responses to discovery requests; (2) production of documents; (3) motions to compel; and (4) the depositions of Cruz, Tapia, Isidoroa Gloria Posadas Romano, Rios, Hyphy and Jose Martinez.

2. This action is referred to the VDRP.

3. Within thirty (30) days of this Order, the parties shall contact the Court's VDRP Administrator, Sujean Park, at (916) 930-4278 or Spark@caed.uscourts.gov, to initiate the selection of a neutral evaluator.

4. The parties shall review and comply with Local Rule 271, which governs the VDRP.

5. No later than fourteen (14) days after the completion of the VDRP session, the parties shall either (a) jointly file their VDRP Completion Report, or (b) file a dismissal or stipulation and proposed order of dismissal pursuant to Fed. R. Civ. P. 41, consistent with Local Rule 271(o).

6. All remaining deadlines are STAYED, except the non-expert discovery deadlines set forth above.

Dated:    May 26, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

cc:  Sujean Park

2