UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPHY MUSIC, INC. ,<br><br>Plaintiff,<br><br>v.<br><br>FEDRICO CRUZ, an individual and dba CRUZ PROMOTIONS; JOSE LUIS POSADAS ROMANO, LUIS EDUARADO ROA HERNANDEZ, JORGE ESPITIA HERNANDEZ, ALONSO ESTRADA, and VICTOR CHAGOYA, all individuals,<br><br>Defendants<br><br>----------------------------------------------<br>AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | Case No. 1:23-cv-00700-JLT-HBK<br><br>ORDER DENYING MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT FEDERICO CRUZ WITHOUT PREJUDICE<br><br>(Doc. 101) |

On July 13, 2026, Eduardo Martorell of Martorell Law APC filed a motion to withdraw as counsel of record for Defendant Federico Cruz and set the motion for a hearing date of August 17, 2026. (Doc. 101).

Local Rule 182(d) provides, in pertinent part:

> [A]n attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared. **The**

> **attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw**. (Emphasis added).

Here, counsel has not provided the Court with an affidavit stating Defendant Federico Cruz's current address and the efforts made to notify Cruz of the motion to withdraw, as required by Local Rule 182(d).

Accordingly, IT IS ORDERED:

1. The motion by Martorell Law APC to withdraw as counsel of record for Defendant Federico Cruz is DENEID WITHOUT PREJUDICE. (Doc. 101).
2. The August 17, 2026 hearing date is VACATED.

Dated: July 14, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE